Certificate Number: 03088-PAE-DE-024950508

Bankruptcy Case Number: 14-19244



03088-PAE-DE-024950508

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 3, 2015, at 2:02 o'clock PM CST, Linda M Aichroth completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 3, 2015                By:   /s/Crystal Towner

Name:  Crystal Towner

Title:   Counselor