UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Linda Aichroth a/k/a Linda M. Stretz a/k/a Linda Aichroth | : | A HEARING WILL BE HELD ON 10/23/2018 |
| | : | 10:30:00 AM |
| Debtor | : | A.M./PM IN COURTROOM # |
| William Aichroth | : | 900 MARKET STREET, |
| Codebtor | : | PHILADELPHIA, PA 19107 |
| Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc, its successors and assigns | : | |
| | : | CHAPTER 13 |
| | : | |
| Movant, | : | BANKRUPTCY NO. 14-19244 mdc |
| v. | : | |
| Linda Aichroth a/k/a Linda M. Stretz a/k/a Linda Aichroth and William Aichroth | : | 11 U.S.C. §362 |
| | : | |
| Respondents | : | |
| William C. Miller, Trustee | : | |
| Additional Respondent | : | |

\* \* \* \* \* \* \*
NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc, movant herein has filed a Motion for Relief from the Automatic Stay and Codebtor Stay with the court for Relief from the Automatic Stay to Permit Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc to Foreclose on 152B Allen Drive Wildwood NJ 08260.

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND
DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.
(IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **October 15, 2018** you or your attorney must do ALL of the following.

    (a) File an Answer explaining your position at

UNITED STATES BANKRUPTCY COURT
4TH FLOOR CLERKS OFFICE
900 MARKET STREET
PHILADELPHIA, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the movant's attorney:

MARTHA E. VON ROSENSTIEL, P.C.
649 SOUTH AVENUE, UNIT 6
SECANE PA 19018

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the **HONORABLE MAGDELINE D. COLEMAN on October 23, 2018 AT 10:30 AM in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Nix Building, Philadelphia, PA 19107.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney names in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 10/1/18